JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| ANDRES GOMEZ, | ) | Case No.   CV-17-8997-R |
|---|---|---|
| Plaintiff(s), | ) ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) ) | **BY LACK OF PROSECUTION** |
| AGEAN ENTERPRISE, INC., et al., | ) ) | |
| | ) ) | |
| Defendant(s). | ) ) | |
| | ) ) | |

Plaintiff was ordered to show cause in writing by not later than **March 23, 2018** why this action should not be dismissed for lack of prosecution;

WHEREAS, this period has elapsed without any action by plaintiff;

The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: March 26, 2018

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE